IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:26-cv-00266-CNS-NRN

LEONEL SERVIN ESTEVEZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility;
ROBERT HAGAN, in his official capacity as Field Office Director, Denver ICE Field Office;
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;
KRISTI NEOM, in her official capacity as Secretary of U.S. Department of Homeland Security; and
PAMELA BONDI, in her official capacity as U.S. Attorney General,

      Defendants.

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)

---

      Pursuant to D.C.COLO.LCivR 72.2, the Court has been notified of the parties' consent to disposition of the above action by a United States Magistrate Judge. ECF No. 16.

      It is ordered that the above action is referred for disposition to the magistrate judge currently assigned to the case.

1

Dated this 18th day of March 2026.

BY THE COURT:

_____

Charlotte N. Sweeney
United States District Judge