IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00266-NRN

LEONEL SERVIN ESTEVEZ,

     Petioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility;
ROBERT HAGAN, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security; and
PAMELA BONDI, in her official capacity as Attorney General of the United States,

     Respondents.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is the Joint Status Report filed by Respondents on February 23, 2026 (ECF No. 15). In the Joint Status Report, Respondents indicate, "Petitioner's February 16, 2026, meeting with immigration officials has not been rescheduled." (*Id.*)

In light of this, the Court hereby ORDERS the Respondents to file a status report with the Court once Petitioner's February 16, 2026 meeting with immigration officials has been rescheduled. The status report should include the date of the rescheduled meeting.

Date: March 23, 2026