IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00266-NRN

LEONEL SERVIN ESTEVEZ,

      Petitioner,

v.


JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility;
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in her official capacity as Secretary of U.S. Department of Homeland Security; and
TODD BLANCHE, in her official capacity as Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket No.'s 8 and 20] entered on February 3, 2026 and April 27, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR

54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1).

It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 27th day of April, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Román Villa
   Deputy Clerk